NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KARL GIBSON,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2011-3153

---

Petition for review of an arbitrator's decision in FMSC no. 101028-00325-8 by Geoffrey L. Pratte.

---

**ON MOTION**

---

Before RADER, *Chief Judge*, DYK and O'MALLEY, *Circuit Judges.*

PER CURIAM.

## ORDER

The Department of the Army moves to waive the requirements of Fed. Cir. R. 27(f) and to dismiss Karl Gibson's petition for review as untimely. Gibson responds. The Army replies.

On October 26, 2010, an arbitrator dismissed Gibson's grievance. Gibson admits that he received the arbitrator's decision by February 10, 2011. Gibson's petition for review was received by the court on June 13, 2011, 123 days later.

A petition for review of an arbitrator's decision must be filed within 60 days of receipt of notice of the decision. 5 U.S.C. §§ 7121(f), 7703(b)(1). The 60 day filing period is "statutory, mandatory, [and] jurisdictional." See *Monzo v. Dept. of Transp.*, 735 F.2d 1335, 1336 (Fed. Cir. 1984); *see also Oja v. Dept. of the Army*, 405 F.3d 1349, 1360 (Fed. Cir. 2005) ("[c]ompliance with the filing deadline of 5 U.S.C. § 7703(b)(1) is a prerequisite to our exercise of jurisdiction"). Because this petition was not timely received by this court, it must be dismissed. *Bowles v. Russell*, 551 U.S. 205 (2007) (the timely filing of a notice of appeal in a civil case is a jurisdictional requirement that cannot be waived).

Accordingly,

IT IS ORDERED THAT:

(1) The Army's motions are granted. Gibson's petition is dismissed.

(2) Each side shall bear its own costs.

GIBSON v. ARMY

                                        FOR THE COURT

    NOV 14 2011                             /s/ Jan Horbaly
         Date                               Jan Horbaly
                                            Clerk

cc:  Karl Gibson
     Ellen M. Lynch, Esq.

s20

Issued As A Mandate: NOV 14 2011


                                            **FILED**
                                   **U.S. COURT OF APPEALS FOR**
                                     **THE FEDERAL CIRCUIT**

                                        NOV 14 2011

                                        **JAN HORBALY**
                                          **CLERK**